PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Shaun Greenwald                              Cr.: 18-00078-001
                                                               PACTS #: 4552483

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/23/2021

Original Offense:   Conspiracy to Defraud the United States, 18 U.S.C. § 371

Original Sentence: 3 years' probation

Special Conditions: 8 Months of the Location Monitoring Program, Cooperation with the Internal Revenue Service, New Debt Restriction, and Self-Employment/Business Disclosure

Type of Supervision: Probation                    Date Supervision Commenced: February 23, 2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The person under supervision has violated the following special condition: **"You must submit to home detention for a period of 8 months and comply with the Location Monitoring Program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all time except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, childcare, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. You must pay the cost of monitoring."**

                     On March 5, 2021, Greenwald left fifteen (15) minutes earlier than his implemented leave schedule and advised his probation officer he needed to print something out at his office for his daughter.

                     On March 6, 2021, Greenwald returned to his residence 42 minutes late and advised he miscalculated the time it would take him to return home.

                     On March 7, 2021, Greenwald was out of his house for an hour changing his prayer time without requesting permission to do so.

Prob 12A – page 2<br>Shaun Greenwald

U.S. Probation Officer Action:

We are requesting no formal Court action be taken at this time. Greenwald was reprimanded for his actions and advising that if non-compliance continues, the Court will be notified. We recommend presentation of the attached Probation Form 12A to Goodman as a written reprimand issued under the authority of the Court.

                                            Respectfully submitted,

                                            SUSAN M. SMALLEY, Chief<br>
                                            U.S. Probation Officer

                                            *Elisa Martinez*

                                            By:   ELISA MARTINEZ<br>
                                                        Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*                 *04/01/2021*<br>
KELLY A. MACIEL              Date<br>
U.S. Probation Technician

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

                                                                     *[signature]*<br>
                                                             Signature of Judicial Officer

                                                                      4/1/21<br>
                                                                       Date